IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JUDITH TRACKWELL,                                       2:15-CV-02168-SU

        Plaintiff,                                   ORDER

v.

HOSTETTER LAW GROUP, LLP;
HOSTETTER KNAPP LLP;
D. ZACHARY HOSTETTER;
D. RAHN HOSTETTER;
REBECCA KNAPP; AC3, INC.;
MARILYN PRESTON SUAREZ;
CHARLES WIKSTROM; and CHARLENE
WIKSTROM,

        Defendants.

BROWN, Judge.

    Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#8) on June 9, 2016, in which she recommends this Court dismiss this matter without prejudice for failure to effectuate service. The matter is now before this Court pursuant

1 - ORDER

to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#8).  Accordingly, the Court **DISMISSES** this matter **without prejudice** for failure to effectuate service.

IT IS SO ORDERED.

DATED this 5th day of July, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER